**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−x

IN RE:                                                                       **Chapter: 13**

Vipal Kapoor                                                **Case No.: 13−11360−alg**

                                  Debtor(s)

−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−x

**ORDER REGARDING THIS CHAPTER 13 CASE FUTURE PROCEEDINGS**

       This case came on for hearing before the Court on July 10, 2014. Based on the pleadings on file and the Court's directions at the hearing , the Debtor or, if the Debtor is represented by counsel, Debtor's counsel is hereby ordered to do the following items checked below. The failure to timely comply with these obligations may result in either the dismissal of the case or the imposition of sanctions, after notice and a hearing. A report explaining the failure to comply must be filed if compliance does not occur.

       _X_ 1. File a plan or an amended plan (if necessary) on the form approved by the Court ("Model Chapter 13 Plan") .

       _X_ 2. Serve the plan or amended plan on all creditors more than 28 days, plus 3 additional days if service is by mail, before confirmation hearing and file certificate of service as required by Bankruptcy Rule 2002(b) and Local Bankruptcy Rules 3015−1(c) and 9078−1.

       _X_ 3. File all missing schedules .

       _X_ 4. Provide the Chapter 13 Trustee with copies of all documents (as identified by the Trustee at the hearing) on or before August 28, 2014 .

       ___ 5. Debtor to appear at the Section 341 meeting .

       ___ 6. Adjourning Loss Mitigation Status Conference.

       ___ 7. File objections to claims and properly notice the objections for hearing .

       _X_ 8. File a written status report with the Court addressing the status of all open issues in this case and provide chambers copy on or before August 28, 2014 .

       ___ 9. Motion to Dismiss adjourned.

       ___ 10. Submit Loss Mitigation Order.

       ___ 11. Submit Order Terminating Loss Mitigation And Final Report.

       _X_ 12. Appear at an adjourned hearing September 4, 2014, at 02:00 PM, Courtroom 617 (ALG), One Bowling Green, New York, NY 10004 . Debtor's appearance at the adjourned hearing is required.

       ___ 13. Chapter 13 Plan is Approved.

       _X_ 14. The Court Directed That All Of The Issues And Details Of This Case Must Be Done Before 8/28/2014 .

**IT IS SO ORDERED.**

Dated: July 24, 2014                        /s/ Honorable Allan L. Gropper
                                          United States Bankruptcy Judge

```
United States Bankruptcy Court
Southern District of New York
```

In re:                                                                                 Case No. 13-11360-alg
Vipal Kapoor                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1              User: tmercado              Page 1 of 1              Date Rcvd: Jul 24, 2014
                                  Form ID: ch13proc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2014.
db              Vipal Kapoor,     Business Add. 1149 Broadway Third floor,    New York, NY  10001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2014 at the address(es) listed below:
              Jeffrey L. Sapir-13    on behalf of Trustee Jeffrey L. Sapir-13 info@sapirch13tr.com
              Jeffrey L. Sapir-13    info@sapirch13tr.com
              Karamvir Dahiya     on behalf of Debtor Vipal  Kapoor karam@bankruptcypundit.com,
               kaur@legalpundit.com;jenny@legalpundit.com
              Mark K. Broyles     on behalf of Creditor    BANK OF AMERICA, N.A. broylesmk@rgcattys.com,
               ramoffatt@rgcattys.com
              Michelle C. Marans    on behalf of Creditor    BANK OF AMERICA, N.A. MMarans@flwlaw.com
                                                                                             TOTAL: 5