UNITED STATES BANKRUKPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X    Case No. 13-11360-SHL
IN RE:

       VIPAL KAPOOR,

           Debtor.
-------------------------------------------------------------X

## Affidavit of Service of Amended Plan

The undersigned counsel for the debtor, Vipal Kapoor, state under the penalty of perjury that on August 28, 2014, the attached list creditors, as mentioned, were re-served with a copy of the Amended Chapter 13 Plan dated July 9th, 2014.


Dated: August 15, 2014

                                                              s/karamvir dahiya
                                                              _____
                                                              Karamvir Dahiya