**UNITED STATES BANKRUKPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X   Case No. 13-11360-SHL
IN RE:

     **VIPAL KAPOOR,**

     **Debtor.**
-------------------------------------------------------------X

## AMENDED AFFIDAVIT OF SERVICE CHAPTER 13 AMENDED PLAN

     The undersigned, Karamvir Dahiya, counsel for the debtor, Vipal Kapoor, submit that on July 28, 2014, a copy of the amended Chapter 13 plan dated July 9th, 2014, was re-served upon the attached listed creditors via first class mail.

Dated: September 3rd, 2014

                                                                   s/karamvir dahiya
                                                                   _____
                                                                   Karamvir Dahiya