# DAHIYA LAW OFFICES LLC
*Attorneys*

75 Maiden Lane Suite 506
New York, New York 10038
Tel: 212-766 8000   Fax: 212 766 8001
karam@legalpundit.com

October 1, 2014

NOTICE OF ADJOURNMENT

      RE: VIPAL KAPOOR DEBTOR
         CHAPTER 13 CASE # 13-11360

It is hereby noticed that the aforesaid case confirmation hearing of Chapter 13 plan has been adjourned to November 6, 2014 at 2:00 PM.

/s/karamvir dahiya
_____
Karamvir Dahiya for debtor